**98–565. State v. Beason.**
Hamilton App. No. C–960833. On motion for leave to file delayed appeal. Motion denied.

**98–574. State v. Coleman.**
Lucas App. No. L–95–258. On motion for leave to file delayed appeal. Motion denied.
    RESNICK, J., not participating.

**98–588. State v. Robbins.**
Muskingum App. No. CA9355. On motion for leave to file delayed appeal. Motion denied.

**98–598. State v. Shelley.**
Medina App. No. 2676–M. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 97–1778, *State v. Rush,* Stark App. No. 96CA419; briefing schedule stayed.

**98–630. State ex rel. O'Brien v. Powerfone, Inc.**
Franklin App. No. 97APC05–639. On review of order certifying a conflict. The court determines that a conflict exists, as stated in the court of appeals' Journal Entry dated March 10, 1998:
    "On motion of appellants, it is the order of this court that the motion to certify the judgment of this court as being in conflict with the judgment of the Ninth District Court of Appeals in *Adam v. Bd. of Zoning Appeals of Bath Twp.* (July 23, 1997), No. 18144, unreported [1997 WL 423040], is sustained and pursuant to Section 3(B)(4), Article IV, Ohio Constitution, the record of this case is certified to the Supreme Court of Ohio for review and final determination on the following question:
    " 'Whether a finding that an entity provides an essential good or service to the general public is a necessary prerequisite to that entity's being a public utility exempt from zoning regulation.' "
    *Sua sponte,* cause consolidated with 98–148, *infra,* and cause held for the decision in 98–46 and 98–94, *infra;* briefing schedule stayed.

**98–644. Mundy v. Bohman.**
Greene App. No. 97CA89. On motion for stay. Motion denied.

**98–652. Folger v. State Farm Mut. Ins. Co.**
Greene App. No. 97CA48. On motion for stay. Motion granted.
    F.E. SWEENEY, J., dissents.

**98–693. Srail v. RJF Internatl. Corp.**
Cuyahoga App. No. 72050. On motion for stay. Motion denied.
    MOYER, C.J., DOUGLAS and LUNDBERG STRATTON, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED

**98–148. State ex rel. O'Brien v. Powerfone, Inc.**
Franklin App. No. 97APC05–639. *Sua sponte,* cause consolidated with 98–630, *State ex rel. O'Brien v. Powerfone, Inc.,* Franklin App. No. 97APC05–639, and held for the decision in 98–46 and 98–94, *Campanelli v. AT & T Wireless Serv.,* Stark App. Nos. 1997CA00109 and 1997CA00110; briefing schedule stayed.

**98–330. Gregory v. W. Res. Mut. Cas. Co.**
Wayne App. No. 97CA0020. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–402 and 97–551, *Ross v. Farmers Ins. Group of Cos.,* Montgomery App. No. 15865; briefing schedule stayed.

**98–387. Hillyer v. Painesville Twp. Local Bd. of Edn.**
Lake App. No. 97–L–161. *Sua sponte,* cause consolidated with 98–546, *Hillyer v. Painesville Twp. Local Bd. of Edn.,* Lake App. No. 97–L–161, and held for the decision in 97–1870, *Burger v. Cleveland Hts.,* Cuyahoga App. No. 72675; briefing schedule stayed.
    RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.